IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| LAZY J RANCHES LIMITED PARTNERSHIP,<br><br>            Plaintiff,<br><br>    vs.<br><br>UNITED STATES OF AMERICA and UNITED STATES FOREST SERVICE,<br><br>            Defendants. | CV 23–67–BU–DLC<br><br>ORDER |

The Parties jointly move to extend the deadline for filing their respective briefs in response to the pending motions for summary judgment. (Doc. 36.) The Parties also move to vacate the bench trial and associated pretrial deadlines, pending the Court's resolution of the motions for summary judgment. (*Id.*)

Good cause having been shown, IT IS ORDERED, that the Parties' motion (Doc. 36) is GRANTED. The Parties' deadline for responding to the motions for summary judgment is extended to March 28, 2025.

IT IS FURTHER ORDERED that the bench trial and associated deadlines are VACATED to be RESET at a later date if necessary. If this matter is not resolved through the Parties' motions for summary judgment, the Court will hold a

scheduling conference after ruling on the motions for summary judgment to reset the bench trial and remaining deadlines.

Dated this 24th day of February 2025.

*Dana L. Christensen*
Dana L. Christensen, District Judge
United States District Court