UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BUTTE DIVISION

_____

| | |
|---|---|
| LAZY J RANCHES LIMITED PARTNERSHIP,<br><br>          Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA and UNITED STATES FOREST SERVICE,<br><br>          Defendants. | JUDGMENT IN A CIVIL CASE<br><br>CV 23-67-BU-DLC |

_____

    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X**    **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

    IT IS ORDERED AND ADJUDGED that, pursuant to the Court's Order of January 22, 2026 (Doc. 45), Lazy J's motion for summary judgment (Doc. 29) is GRANTED, USFS's motion for summary judgment (Doc. 32) is GRANTED IN PART and DENIED IN PART, and this action is DISMISSED.

    Dated this 22nd day of January, 2026.

                                                              TYLER P. GILMAN, CLERK

                                                             By: /s/ T. Gesh
                                                              T. Gesh, Deputy Clerk